NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**YONG I. FENLON,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE NAVY,**
*Respondent.*

---

2014-3088

---

Petition for review of the Merit Systems Protection Board in No. SF-0752-11-0459-I-4.

---

**ON MOTION**

---

**O R D E R**

Yong I. Fenlon submits Federal Circuit Form 6B, the USERRA Notification Form, as well as Federal Circuit Form 6A, the Supplemental In Forma Pauperis Form For Prisoners.

Fenlon's underlying claim does not appear to involve a USERRA claim; nor does Fenlon appear to be a prisoner.

Accordingly,

2                                    FENLON v. NAVY

IT IS ORDERED THAT:

Fenlon must pay the remaining $45 filing fee within 14 days of the date of this order or submit evidence of a USERRA claim or a completed Federal Circuit Form 6, Motion and Declaration for Leave to Proceed In Forma Pauperis.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24